IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAS ADISA GAMBA OLUWA, | No. CIV-S-04-0233 MCE/GGH P |
|     Plaintiff, | |
|   v. | <u>ORDER</u> |
| DIRECTOR OF CALIFORNIA DEPT. OF CORRECTIONS, ET AL., | |
|     Defendants. | |
| _____/ | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On July 7, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.

///

1

Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 7, 2005, are adopted in full;

2. Defendants' September 13, 2004 motion to dismiss is granted as to defendant Alameida and he is dismissed from this action and the motion is denied as to all other grounds;

3. This action proceeds only against defendant Woodford, in her official capacity, for prospective injunctive relief only; and

4. Plaintiff's October 12, 2004 (apparently re-served on November 19, 2004), motion for summary judgment is denied without prejudice for plaintiff's failure to file the motion in compliance with Local Rule 56-260(a).

DATED: September 7, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2