IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAS ADISA GAMBA OLUWA,** | 2:04-cv-0233 MCE GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,** | |
| Defendants. | |

GOOD CAUSE APPEARING THEREFOR, this Court grants Defendants a 60 day extension of time, to and including, May 16, 2006, to serve and file a Motion for Summary Judgment.

Dated: 3/22/06                              /s/ Gregory G. Hollows
                                            _____
                                            The Honorable Gregory G. Hollows

oluw0233.eot

[Proposed] Order

1