IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RAS ADISA GAMBA OLUWA,** <br><br> Plaintiff, <br><br> v. <br><br> **DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,** <br><br> Defendants. | 2:04-cv-0233 MCE GGH P <br><br> **ORDER DENYING REQUEST** |

By Order filed on March 22, 2006, this court granted defendant a 60-day extension of time to file a motion for summary judgment. Instead of doing so in this 2004 case, to which defendant had filed an answer on September 21, 2005, defendant now seeks a further 60-day extension to serve and file *either* a motion for summary judgment or a motion to revoke plaintiff's *in forma pauperis* status. This litigation is at far too late a stage for the court to consider a motion to revoke plaintiff's in forma pauperis status. As to a further extension of time to file and serve a motion for summary judgment, this court finds that defendant has not shown cause sufficient to justify an additional extension of time.

\\\\\

\\\\\

\\\\\

*Order*

1

1 | Accordingly, IT IS ORDERED that defendants' May 16, 2006 motion for a further
2 | extension of time to file a summary judgment motion or motion to revoke plaintiff's in forma
3 | pauperis status is DENIED.
4 | Dated: 5/24/06                    /s/ Gregory G. Hollows
5 |                                    The Honorable Gregory G. Hollows
6 | oluw0233.dny