IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAS ADISA GAMBA OLUWA,   No. 2:04-cv-0233-MCE-GGH-P

       Plaintiff,

   v.   ORDER

DIRECTOR OF CALIFORNIA
DEPT. OF CORRECTIONS, ET AL.,

       Defendants.

_____/

On July 14, 2006, Plaintiff filed a Request for Reconsideration of the July 6, 2006 magistrate judge's Order.  On July 6, 2006, the magistrate judge's ordered Defendants to file a Motion for Summary Judgment; thereafter Plaintiff to file an Opposition; and vacated the pretrial and jury trial dates. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration,
2 the Order of the magistrate judge filed July 6, 2006, is
3 affirmed.
4 DATED: July 25, 2006

```
                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE
```